COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

FIFTH THIRD BANK
    **PLAINTIFF**

        -- vs --

KCII INSURE SERVICES LLC
    **DEFENDANT**

Use below number on all future pleadings

No. A 1010887
SUMMONS

KCII INSURE SERVICES LLC
3215 MAIN ST
STE 100A
KANSAS CITY MO 64111
        D-1

You are notified
that you have been named Defendant(s) in a complaint filed by

    FIFTH THIRD BANK
    38 FOUNTAIN SQUARE
    CINCINNATI OH 45202

        Plaintiff(s)

in the Hamilton County, COMMON PLEAS CIVIL Division, **PATRICIA M. CLANCY, 1000 MAIN STREET ROOM 315, CINCINNATI, OH 45202.**
You are hereby summoned and required to serve upon the plaintiff's attorney, or upon the plaintiff, if he/she has no attorney of record, a copy of an answer to the complaint within twenty-eight (28) days after service of this summons on you, exclusive of the day of service. Your answer must be filed with the Court within three (3) days after the service of a copy of the answer on the plaintiff's attorney.

**Further, pursuant to Local Rule 10 of Hamilton County, you are also required to file a Notification Form to receive notice of all future hearings.**

If you fail to appear and defend, judgement by default will be rendered against you for the relief demanded in the attached complaint.

Name and Address of attorney
ALAN J STATMAN
3700 CAREW TOWER
441 VINE ST
CINCINNATI    OH    45202

PATRICIA M. CLANCY
Clerk, Court of Common Pleas
    Hamilton County, Ohio

By  RICK HOFMANN
        Deputy

Date:  December 3, 2010

D91002420



EXHIBIT B